**Order filed, July 29, 2019.**



**In The**

# Court of Appeals
**For The**

# First District of Texas

_____

**NO. 01-19-00483-CV**

**THOMAS KEVIN COOK, MD AND THE CRANIOFACIAL AND PLASTIC SURGERY CENTER- HOUSTON, QIJUN SONG, C.S.A., Appellant**

**V.**

**KATHLEEN  BROUSSARD, Appellee**

---

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Case   2016-52406**

---

## ORDER

The reporter's record in this case was due 07/05/2019.  *See* Tex. R. App. P. 35.1. On 07/22/2019, this court granted the court reporter an extension to file the record within 10 days.  Reporter record volume 4 of 4   has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order Donna King Hammer and Michelle K. Miller- Ognanovich, the official (or substitute) court reporter, to file the complete record in this appeal, if any, **within 10 days** of the date of this order.

No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. See Tex. R. App. P. 35.3(c). If the reporter does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM